SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX: (559) 435-5656

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 11-17533-B-7 |
| | DC No.: SAS-1 |
| VICENTE ANDRADE GONZALEZ and | |
| | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| DOLORES GONZALEZ | |
| Debtors. | Date: December 21, 2011 |
| | Time: 10:00 a.m. |
| | Dept: B |
| | Judge: Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

1. Sheryl A. Strain duly appointed qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on June 30, 2011 and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of the estate is non exempt equity in a 1991 BMW 735I ("91 BMW") Vehicle Identification Number WBAGB431XMD868621 and a 1995 BMW 525I ("95 BMW") Vehicle Identification Number WBAHD6327SGK46591.

| Vehicle | Est. Fair Mkt Value | Exemption | LIEN | Costs of Sale & Repairs | ESTATE |
|---|---|---|---|---|---|
| 1991 BMW | $2,000.00 | $ 0.00 | $ 0.00 | $ 400.00 | $1,600.00 |
| 1995 BMW | $2,250.00 | $ 0.00 | $ 0.00 | $ 450.00 | $1,800.00 |
| TOTAL | $4,250.00 | $ 0.00 | $ 0.00 | $ 850.00 | $3,400.00 |

5. The Trustee has negotiated a sale of the non exempt equity in both vehicles to the debtors, Vicente and Dolores Gonzalez, to purchase the non-exempt equity in the 91 BMW and the 95 BMW for the total sum of Three Thousand Four Hundred and 00/100 Dollars ($3,400.00) cash. The total sum of $3,400.00 has been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicles and the costs associated with taking possession of, storing, and selling the vehicles at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicles at auction.

7. The Trustee believes that sales of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described assets to the debtors, Vicente and Dolores Gonzalez, for the total sum of $3,400.00.

Dated: 11/22/11

/s/ Sheryl A. Strain
Sheryl A. Strain
Chapter 7 Trustee